IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL CAMPANO**, | : | |
| *Plaintiff* | : | Case No.   21-cv-01317-JMY |
| v. | : | |
| **THE KITCHENS INC.,** **d/b/a FORKABLE, ET AL.**, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 17th day of June, 2021, upon consideration of the Motion to Compel Arbitration and Stay Proceedings filed by the Defendants (ECF No. 6), and all documents filed in support thereof and in opposition thereto, and for the reasons set forth in the Memorandum filed by this Court, it is hereby **ORDERED** that:

(1) The Motion to Compel Arbitration and Stay Proceedings (ECF No. 6) is **GRANTED**;

(2) This case is **STAYED** until further order of the Court and shall be placed in **CIVIL SUSPENSE** pending final decision in arbitration;

(3) Counsel shall file a joint status report within six (6) months of the date that this Order is entered on the docket and shall update the Court every six (6) months thereafter; and

(4) Counsel shall file a joint status report upon completion of any arbitration proceedings to advise whether any further action by the Court is necessary.

**IT IS SO ORDERED.**    **BY THE COURT:**

*/s/ John Milton Younge*

**Judge John Milton Younge**

1